# Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Wesco ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| A method of processing requests, comprising: | The Wesco Customer Service system performs a method of processing requests.<br><br>For example, the Wesco Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br><br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html |

1



Source: https://buy.wesco.com/content/contact-us



Source: https://www.avaya.com/en/videos/Global Payments-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Source: https://www.avaya.com/en/videos/Global

2

Payments-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**Please let us know how we can assist you***
☐ I would like to open an online account with Wesco
☐ I would like to learn more about buying from Wesco
☐ I would like a quote from Wesco
☐ I would like additional product information
☐ Other/Comments

200/200

**What solutions and products are you interested in?**
☐ Automation
☐ Communications and Networking
☐ Electrical and Lighting
☐ MRO and Safety
☐ Power Generation and Distribution
☐ Renewable Energy
☐ Security
☐ Other/Comments

Source: https://buy.wesco.com/content/contact-us

3

| | |
|---|---|
| estimating at least one content-specific or requestor-specific characteristic associated with each received request: | The Wesco Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the Wesco Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbots entries, and email to determine the nature of the call.<br><br><br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html<br><br><br><br>Source: https://buy.wesco.com/content/contact-us |

4

| | |
|---|---|
| | ![login form]<br><br>Source: https://buy.wesco.com/login<br><br>![Wesco launches Avaya Cloud Office banner]<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br><br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/ |
| determining availability of a | The Wesco Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic. |

| | |
|---|---|
| plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | For example, the Wesco Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g., language/department). Wesco Customer Service system runs on Avaya Service Cloud to perform the determination and other related functions for processing the requests.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br>**WESCO AND AVAYA BUILD EXPERIENCES FOR END USERS**<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br>Omnichannel Automated Experience<br><br>Avaya Intelligent Customer Routing |

6

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> **Memorable customer experiences**
>
> Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.
>
> - Connect every touchpoint of the customer and employee journey with 360-degree visibility.
> - Gather customer information across departments and serve customers using CRM applications.
> - Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

7

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

- Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source:  https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

8

> Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

> **Improve Customer Satisfaction Through Improved Agent Selection**
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.
>
> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

9

| | |
|---|---|
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | The Wesco Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the Wesco Customer Service system via Avaya Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br> |

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> **Memorable customer experiences**
>
> Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.
>
> - Connect every touchpoint of the customer and employee journey with 360-degree visibility.
> - Gather customer information across departments and serve customers using CRM applications.
> - Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

- Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source:  https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

12

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

> **Improve Customer Satisfaction Through Improved Agent Selection**
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.
>
> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

13

| | |
|---|---|
| | Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Wesco Customer Service system generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the Wesco Customer Service system via Avaya Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br>**WESCO AND AVAYA BUILD EXPERIENCES FOR END USERS**<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/ |

14



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

16

> - Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

> Improve Customer Satisfaction Through Improved Agent Selection
> 
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

17

| | |
|---|---|
| | Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0<br><br>> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br>><br>> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |