Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Wesco ("Defendant")**

| Claim 11 | Evidence |
|---|---|
| A method for assigning communications, comprising: | The Wesco Customer Service system performs a method for assigning communications.<br><br>For example, the Wesco Customer Service system assigns incoming calls (including SMS and live chats) to call center agents. The Wesco Customer Service system is implemented on Avaya Service Cloud to perform the method of assigning communications.<br><br><br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html |



Source: https://buy.wesco.com/content/contact-us

## Wesco launches Avaya Cloud Office, connecting its global workforce and customers

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

2

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**Please let us know how we can assist you***

☐  I would like to open an online account with Wesco
☐  I would like to learn more about buying from Wesco
☐  I would like a quote from Wesco
☐  I would like additional product information
☐  Other/Comments

200/200

**What solutions and products are you interested in?**

☐  Automation
☐  Communications and Networking
☐  Electrical and Lighting
☐  MRO and Safety
☐  Power Generation and Distribution
☐  Renewable Energy
☐  Security
☐  Other/Comments

Source: https://buy.wesco.com/content/contact-us

| | |
|---|---|
| receiving a plurality of | The Wesco Customer Service system receives multiple respective communications that are to be associated with a respective resource selected from multiple resources. |

| respective communications for association with a respective resource selected from a plurality of resources; | For example, the Wesco Customer Service system receives multiple incoming calls (e.g. including phone calls, SMS, and live chats) from customers requesting support or information. Each incoming call is assigned, by the customer service system, to a call center agent who can help the customer with the customer's request. |
|---|---|

### Wesco launches Avaya Cloud Office, connecting its global workforce and customers

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura® Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

### Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

6

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

7

<table>
<tr>
<td></td>
<td>

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

</td>
</tr>
<tr>
<td>

identifying a plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with

</td>
<td>

The Wesco Customer Service system identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.

For example, the Wesco Customer Service system uses one or more of interactive voice response (e.g. language), caller identification (e.g., user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service system identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service system to be available to handle the call. Each call center agent typically handles only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).

</td>
</tr>
</table>

| multiple communications and an availability state; | |
|---|---|
| | **Log Into Your Account**<br><br>Email Address<br><br>Password<br><br>Forgot Password?<br>☐ Keep Me Signed In<br><br>Log In<br><br>Source: https://buy.wesco.com/login<br><br>**Omnichannel**<br>**Automated Experience**<br>**Avaya Intelligent**<br>**Customer Routing** |

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

### Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| | |
|---|---|
| | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Wesco Customer Service system calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Wesco Customer Service system determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g., to prioritize urgent communications).<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source:<br>https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/ |

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/

page/CommunicationManagerACD.html

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

16

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at | The Wesco Customer Service system estimates the expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Wesco Customer Service system determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |

| | |
|---|---|
| least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | **Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br><br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions

- Apply advanced customer analytics to call treatment and routing decisions

- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| assigning each of the plurality of respective communications | The Wesco Customer Service system assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. |
|---|---|

| | |
|---|---|
| to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | For example, based on the estimated expected economic value by customer feedback survey and ratings and the skilled agent by analysis of skills, the Wesco Service system selects a call center agent to handle the call and connects that agent with the caller.<br><br>Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.<br><br>Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.<br><br>Improve Customer Satisfaction Through Improved Agent Selection<br>• Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions<br>• Apply advanced customer analytics to call treatment and routing decisions<br>• Match the right resources to the callers desired results with real-time status matching<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf? |

t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0



Source: https://buy.wesco.com/login