Exhibit 8

**Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Wesco ("Defendant")**

| Claims | Evidence |
|---|---|
| 10. A communications method comprising: | The Wesco Customer Service system performs a method for communicating in a communication network.<br><br>For Example, the Wesco Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and an agent in an appropriate department for assistance.<br><br><br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html |



Source: https://buy.wesco.com/content/contact-us

## Wesco launches Avaya Cloud Office, connecting its global workforce and customers

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**Please let us know how we can assist you***
- ☐ I would like to open an online account with Wesco
- ☐ I would like to learn more about buying from Wesco
- ☐ I would like a quote from Wesco
- ☐ I would like additional product information
- ☐ Other/Comments

200/200

**What solutions and products are you interested in?**
- ☐ Automation
- ☐ Communications and Networking
- ☐ Electrical and Lighting
- ☐ MRO and Safety
- ☐ Power Generation and Distribution
- ☐ Renewable Energy
- ☐ Security
- ☐ Other/Comments

| | Source: https://buy.wesco.com/content/contact-us |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The Wesco Customer Service system receives a plurality of communications; each having associated classification information.<br><br>For example, the Wesco Customer Service system receives calls from multiple callers. For each call, a user provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The responses are used to classify the call.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source:<br>https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br>**WESCO AND AVAYA BUILD EXPERIENCES FOR END USERS** |

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

### Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

| | |
|---|---|
| | t=0 <br><br> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers. <br><br> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service. <br><br> Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| (b) storing information representing characteristics of a plurality of potential targets; | The Wesco Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries. <br><br> For example, the Wesco Customer Service system records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. |

**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**WESCO AND AVAYA BUILD EXPERIENCES FOR END USERS**

Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Omnichannel
Automated Experience

**Avaya Intelligent Customer Routing**

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

9

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

10

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

11

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

| | t=0 |
|---|---|
| (c) determining an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | The Wesco Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, the Wesco Customer Service system analyses caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Avaya Service Cloud (i.e., Multivariate cost function). Wesco employs numerous agents, at least three of which possess the skill set required by the call.<br><br> |

Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html



Source: https://buy.wesco.com/content/contact-us

## Wesco launches Avaya Cloud Office, connecting its global workforce and customers

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

16

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| | |
|---|---|
| | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| (d) routing the communication to the optimum target, | The Wesco Customer Service system routes communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the call should be routed, the Wesco Customer Service system routes the call to that destination agent. |

**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura® Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

|  | With Intelligent Customer Routing, your organization gains from the possibilities of callers in a queue experiencing dynamically enhanced wait treatments based on context, customer profile, business rules, existing marketing or sales campaigns and other sales leverage points. All of this helps your business drive increased efficiencies, reduce costs, and simplify administration. Using industry standards and the latest innovations in communications protocols, Avaya Intelligent Customer Routing can change the game to help you gain a competitive advantage in your industry.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |

| | |
|---|---|
| said determining step and said routing step being performed within a common operating environment. | The Wesco Customer Service system performs the determination and the routing steps within a common operating environment.<br><br>For example, the Wesco Customer Service System is implemented on the Avaya Platform (Call Center as a Service), which runs on AWS Servers. AWS is hosted in cloud communication environment i.e., common operating environment.<br><br>Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.<br><br>Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.<br><br>Improve Customer Satisfaction Through Improved Agent Selection<br><br>• Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions<br>• Apply advanced customer analytics to call treatment and routing decisions<br>• Match the right resources to the callers desired results with real-time status matching |

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

| | |
|---|---|
| | Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| 11. The method according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | The Wesco Customer Service system performs the determination and routing employ a common message queue in an operating system.<br><br>For example, the Wesco Customer Service system is implemented on the Avaya (Call Center as a Service), which runs on AWS Servers. AWS is hosted in cloud communication environment i.e., common operating environment Under the control of an operating system. The AWS architecture has a unified structure that enables multiple physical servers to act as one when providing key features such as intelligent, skills-based routing. In AWS, application communications are routed via messages passed through a managed message queue. |



Source:https://documentation.avaya.com/bundle/DeployingCMSonAWS_r192/page/CMS_on_AWS_overview.html#:~:text=Supporting%20the%20Avaya%20applications%20on,of%20running%20the%20data%20centers

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

27

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

With Intelligent Customer Routing, your organization gains from the possibilities of callers in a queue experiencing dynamically enhanced wait treatments based on context, customer profile, business rules, existing marketing or sales campaigns and other sales leverage points. All of this helps your business drive increased efficiencies, reduce costs, and simplify administration. Using industry standards and the latest innovations in communications protocols, Avaya Intelligent Customer Routing can change the game to help you gain a competitive advantage in your industry.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

### Wesco launches Avaya Cloud Office, connecting its global workforce and customers

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?
tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension
%20immediately.

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/
page/CommunicationManagerACD.html