# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Wesco ("Defendant")**

| Claim 10 | Evidence |
|---|---|
| A communications method comprising: | The Wesco Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Wesco Customer Service system performs a method of communicating by establishing, over a communication network, a caller with a request and an agent in an appropriate department for assistance.<br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html |



Source: https://buy.wesco.com/content/contact-us



Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**Please let us know how we can assist you***
☐ I would like to open an online account with Wesco
☐ I would like to learn more about buying from Wesco
☐ I would like a quote from Wesco
☐ I would like additional product information
☐ Other/Comments

200/200

**What solutions and products are you interested in?**
☐ Automation
☐ Communications and Networking
☐ Electrical and Lighting
☐ MRO and Safety
☐ Power Generation and Distribution
☐ Renewable Energy
☐ Security
☐ Other/Comments

Source: https://buy.wesco.com/content/contact-us

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The Wesco Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, the Wesco Customer Service system receives calls from multiple callers. For each call, a user provides information about the nature of call via keypad entry or Interactive Voice Response (IVR). The responses are used to classify the call.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/<br><br><br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/ |



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

> **Improve Customer Satisfaction Through Improved Agent Selection**
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| | |
|---|---|
| | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| (b) storing information representing characteristics of at least three potential targets; and | The Wesco Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Wesco Customer Service system records (i.e., stores) information about the skill set possessed by agents who are potential targets of call. The Wesco employs numerous agents, at least three of which possess the skill set required by call. |



Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

### Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

|  | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The Wesco Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, the Wesco Customer Service system analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Avaya Platform Service Cloud (i.e., a combinatorial optimization). |



Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html



Source: https://buy.wesco.com/content/contact-us



Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

> **Memorable customer experiences**
>
> Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.
>
> - Connect every touchpoint of the customer and employee journey with 360-degree visibility.
> - Gather customer information across departments and serve customers using CRM applications.
> - Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

**Improve Customer Satisfaction Through Improved Agent Selection**

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.
>
> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0