# Exhibit 10

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Wesco Defendant")**

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Wesco Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Wesco Customer Services system matches an incoming call, which is the first entity, to a call center agent, which is the second entity. The Wesco Customer Service system runs on Avaya generative Contact center Service Cloud.<br><br><br><br>Source: https://www.pissedconsumer.com/company/Wesco/customer-service.html |



Source: https://buy.wesco.com/content/contact-us

**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**

The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

WESCO AND AVAYA BUILD EXPERIENCES FOR END USERS

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

**Please let us know how we can assist you** *

☐ I would like to open an online account with Wesco
☐ I would like to learn more about buying from Wesco
☐ I would like a quote from Wesco
☐ I would like additional product information
☐ Other/Comments

200/200

**What solutions and products are you interested in?**

☐ Automation
☐ Communications and Networking
☐ Electrical and Lighting
☐ MRO and Safety
☐ Power Generation and Distribution
☐ Renewable Energy
☐ Security
☐ Other/Comments

| | |
|---|---|
| | Source: https://buy.wesco.com/content/contact-us |
| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Wesco Customer Service system, with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Wesco Customer Services system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call. This information is represented by a plurality of multivalued scalar data, which are stored and used, by Wesco Customer Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate knowledgeable call center agent.<br><br>**Wesco launches Avaya Cloud Office, connecting its global workforce and customers**<br><br>The global supply solutions leader chose Avaya Cloud Office for their worldwide workforce, rolling it out to thousands of users with plans to scale at their own pace.<br><br>Source: https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/ |



Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

| | |
|---|---|
| | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing | The Wesco Customer Service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Wesco Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by a |

| inferential targeting parameters for a plurality of second entities; | plurality of multivalued scalar data and are used, by the Wesco Customer Service system, as inferential targeting parameters for routing the call to an appropriate call center agent. |
| --- | --- |
| |  |

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

Source:
https://www.avaya.com/en/videos/Wesco-launches-aco/sqmj3ptrocu5gvgac2hn1s/

10



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?

tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| | |
|---|---|
| | Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a | The Wesco Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Wesco Customer Service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of |

| normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Wesco Customer Service system to handle the call. <br><br>  <br><br> Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 <br><br><br> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately. <br><br> Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx? |

tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

With Intelligent Customer Routing, your organization gains from the possibilities of callers in a queue experiencing dynamically enhanced wait treatments based on context, customer profile, business rules, existing marketing or sales campaigns and other sales leverage points. All of this helps your business drive increased efficiencies, reduce costs, and simplify administration. Using industry standards and the latest innovations in communications protocols, Avaya Intelligent Customer Routing can change the game to help you gain a competitive advantage in your industry.

## Reduced Costs and Risk

- Leverage policy-based routing to select the best skilled resource with the lowest associated service cost
- Lower IT operations costs through reduced infrastructure and licensing requirements, real estate footprints, power and cooling requirements
- Simplify and consolidate complex, multi-vendor infrastructures leveraging open industry standards
- Reduce application development and administration costs through centralized management interfaces and tools

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

17

| outputting a signal in dependence on the optimization. | The Wesco Customer Service system with intelligent routing outputs a signal in dependence on the optimization.

For example, the Wesco Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent so as to connect that agent to the call.

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

Improve Customer Satisfaction Through Improved Agent Selection

• Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
• Apply advanced customer analytics to call treatment and routing decisions
• Match the right resources to the callers desired results with real-time status matching |

18

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

| | Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
|---|---|
| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over a routing of a communication. | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication.<br><br>For example, the Wesco Customer Service system platform is implemented on Avaya Contact center Service Cloud (Call Center as a Service), which runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. The AWS architecture has a unified structure that enables multiple physical servers to act as one when providing key features such as intelligent, skills-based routing. In AWS, application communications are routed via messages passed through a managed message queue. |



Source:https://documentation.avaya.com/bundle/DeployingCMSonAWS_r192/page/
CMS_on_AWS_overview.html#:~:text=Supporting%20the%20Avaya%20applications
%20on,of%20running%20the%20data%20centers

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

With Intelligent Customer Routing, your organization gains from the possibilities of callers in a queue experiencing dynamically enhanced wait treatments based on context, customer profile, business rules, existing marketing or sales campaigns and other sales leverage points. All of this helps your business drive increased efficiencies, reduce costs, and simplify administration. Using industry standards and the latest innovations in communications protocols, Avaya Intelligent Customer Routing can change the game to help you gain a competitive advantage in your industry.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

- Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source:   https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

| | |
|---|---|