JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patent Armory Inc.

### DEFENDANTS
WESCO International, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400, Wilmington, DE 19803
(302) 722-6885

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. 271, et seq.
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 10/13/2024

SIGNATURE OF ATTORNEY OF RECORD
/s/ Antranig Garibian (DE Bar No. 4962)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

| Case Name | Case Number | Court |
|---|---|---|
| Patent Armory Inc. v. OnePlus Technology (Shenzhen) Co., Ltd. | 6-23-cv-00327 | WDTX |
| Patent Armory Inc. v. Teledyne FLIR, LLC | 1-23-cv-00497 | DDE |
| Patent Armory Inc. v. Seek Thermal, Inc. | 1-23-cv-00498 | DDE |
| Patent Armory Inc. v. Booking Holdings Inc. | 6-23-cv-00540 | WDTX |
| Patent Armory Inc. v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00541 | WDTX |
| Patent Armory Inc. v. Microsoft Corporation | 6-23-cv-00542 | WDTX |
| Patent Armory Inc. v. Pinterest, Inc. | 1-23-cv-00811 | DDE |
| Patent Armory Inc. v. Quora, Inc. | 1-23-cv-00812 | DDE |
| Patent Armory Inc. v. Reddit, Inc. | 1-23-cv-00813 | DDE |
| Patent Armory Inc. v. Snap Inc. | 1-23-cv-00814 | DDE |
| Patent Armory Inc. v. Twitter, Inc. | 1-23-cv-00815 | DDE |
| Patent Armory Inc. v. Telegram LLC | 1-23-cv-00840 | DDE |
| Patent Armory Inc. v. Tencent America LLC | 1-23-cv-00841 | DDE |
| Patent Armory Inc. v. Cruise America Travel, Incorporated | 1-23-cv-00853 | DDE |
| Patent Armory Inc. v. LinkedIn Corporation | 6-23-cv-00574 | WDTX |
| Patent Armory Inc. v. Google LLC | 6-23-cv-00575 | WDTX |
| Patent Armory Inc. v. Avis Budget Group, Inc. | 6-23-cv-00581 | WDTX |
| Patent Armory Inc. v. Enterprise Holdings, Inc. | 6-23-cv-00582 | WDTX |
| Patent Armory Inc. v. Penske Truck Leasing Co., LP | 6-23-cv-00583 | WDTX |
| Patent Armory Inc. v. Ryder System, Inc. | 6-23-cv-00584 | WDTX |
| Patent Armory Inc. v. Sixt Rent A Car, LLC | 6-23-cv-00585 | WDTX |
| Patent Armory Inc. v. The Hertz Corporation | 6-23-cv-00587 | WDTX |
| Patent Armory Inc. v. U-Haul International, Inc. | 6-23-cv-00588 | WDTX |
| Patent Armory Inc. v. United Rentals, Inc. | 6-23-cv-00589 | WDTX |
| Patent Armory Inc. v. Airbnb, Inc. | 6-23-cv-00590 | WDTX |
| Patent Armory Inc. v. Best Western International, Inc. | 6-23-cv-00593 | WDTX |
| Patent Armory Inc. v. Choice Hotels International, Inc. | 6-23-cv-00594 | WDTX |
| Patent Armory Inc. v. Costco Wholesale Corporation | 6-23-cv-00595 | WDTX |
| PATENT ARMORY INC. v. RENT-A-WRECK OF AMERICA INC. | 1-23-cv-04377 | DNJ |
| Patent Armory Inc. v. Drury Hotels Company, LLC | 6-23-cv-00596 | WDTX |
| Patent Armory Inc. v. Expedia, Inc. | 6-23-cv-00597 | WDTX |
| Patent Armory Inc. v. Extended Stay America, Inc. | 6-23-cv-00598 | WDTX |
| Patent Armory Inc. v. Hilton Worldwide Holdings Inc. | 6-23-cv-00600 | WDTX |

| Case Name | Case Number | Court |
|---|---|---|
| Patent Armory Inc. v. Hyatt Hotels Corporation | 6-23-cv-00602 | WDTX |
| Patent Armory Inc. v. Marriott International, Inc. d/b/a Courtyard by Marriott | 6-23-cv-00603 | WDTX |
| Patent Armory Inc. v. Radisson Hospitality, Inc. | 6-23-cv-00604 | WDTX |
| Patent Armory Inc. v. Travelzoo Inc. | 6-23-cv-00605 | WDTX |
| Patent Armory Inc. v. Trip.com Group Limited | 6-23-cv-00606 | WDTX |
| Patent Armory Inc. v. American Income Life Insurance Company | 6-23-cv-00621 | WDTX |
| Patent Armory Inc. v. Bill Miller Bar-B-Q Enterprises, Ltd. | 6-23-cv-00622 | WDTX |
| Patent Armory Inc. v. ABP OPCO, LLC | 1-23-cv-00922 | DDE |
| Patent Armory Inc. v. Chili's, Inc. | 1-23-cv-00929 | DDE |
| Patent Armory Inc. v. CiCi Enterprises, LP | 1-23-cv-00930 | DDE |
| Patent Armory Inc. v. American National Insurance Company | 4-23-cv-03218 | SDTX |
| Patent Armory Inc. v. BLH Acquisition Co., LLC | 2-23-cv-00393 | EDTX |
| Patent Armory Inc. v. American Airlines, Inc. | 2-23-cv-00407 | EDTX |
| Patent Armory Inc. v. CEC Entertainment Concepts, LP | 6-23-cv-00693 | WDTX |
| Patent Armory Inc. v. Chicken Express, Inc. | 2-23-cv-00464 | EDTX |
| Patent Armory Inc. v. Dave & Buster's Entertainment, Inc. | 2-23-cv-00465 | EDTX |
| Patent Armory Inc. v. Dickey's Barbecue Restaurants, Inc. | 2-23-cv-00466 | EDTX |
| Patent Armory Inc. v. Fuzzys Taco Opportunities, LLC | 2-23-cv-00467 | EDTX |
| Patent Armory Inc. v. Gainsco Auto Insurance Agency, Inc. | 2-23-cv-00480 | EDTX |
| Patent Armory Inc. v. Cruise America, Inc. | 6-23-cv-02244 | MDFL |
| Patent Armory Inc. v. Stewart Title Guaranty Company | 4-23-cv-04470 | SDTX |
| Patent Armory Inc. v. American Airlines, Inc. | 4-23-cv-01269 | NDTX |
| Patent Armory Inc. v. Deli Management, Inc. | 2-24-cv-00025 | EDTX |
| Patent Armory Inc. v. Great West Casualty Company | 2-24-cv-00026 | EDTX |
| Patent Armory Inc. v. Healthcare Highways, LLC | 2-24-cv-00027 | EDTX |
| Patent Armory Inc. v. HealthMarkets, Inc. | 2-24-cv-00028 | EDTX |
| Patent Armory Inc. v. Yum! Brands, Inc. | 2-24-cv-00030 | EDTX |
| Patent Armory Inc. v. HCC Insurance Holdings, Inc. | 4-24-cv-00225 | SDTX |
| Patent Armory Inc. v. Texas de Brazil Corporation | 6-24-cv-00123 | WDTX |
| Patent Armory Inc. v. United Services Automobile Association | 6-24-cv-00124 | WDTX |
| Patent Armory Inc. v. Luby's Restaurant Corporation | 2-24-cv-00166 | EDTX |
| Patent Armory Inc. v. Mooyah Franchising LLC | 2-24-cv-00167 | EDTX |
| Patent Armory Inc. v. TGI Fridays Franchisor, LLC | 2-24-cv-00168 | EDTX |

| Case Name | Case Number | Court |
|---|---|---|
| Patent Armory Inc. v. Twin Peaks Restaurants, LP | 2-24-cv-00169 | EDTX |
| Patent Armory Inc. v. Wingstop Restaurants, Inc. | 2-24-cv-00170 | EDTX |
| Patent Armory Inc. v. adidas America, Inc. | 6-24-cv-00173 | WDTX |
| Patent Armory, Inc. v. American Express Company | 6-24-cv-00174 | WDTX |
| Patent Armory Inc. v. Auntie Anne's Franchisor SPV, LLC | 2-24-cv-00232 | EDTX |
| Patent Armory, Inc. v. Barclays Capital Inc. | 4-24-cv-01282 | SDTX |
| Patent Armory, Inc. v. BBDI LLC | 6-24-cv-00176 | WDTX |
| Patent Armory Inc. v. Capriotti's Sandwich Shop, Inc. | 2-24-cv-00236 | EDTX |
| Patent Armory Inc. v. Charter Communications, Inc. | 2-24-cv-00237 | EDTX |
| Patent Armory Inc. v. Chuy's Opco, Inc. | 6-24-cv-00178 | WDTX |
| Patent Armory Inc. v. Dell Technologies Inc. | 6-24-cv-00180 | WDTX |
| Patent Armory Inc. v. Fired Up, Inc. | 6-24-cv-00182 | WDTX |
| Patent Armory Inc. v. Paypal, Inc. | 6-24-cv-00183 | WDTX |
| Patent Armory Inc. v. TDM IP Holder, LLC | 1-24-cv-00969 | DCO |
| Patent Armory Inc. v. Texas Taco Cabana, LP | 6-24-cv-00184 | WDTX |
| Patent Armory Inc. v. Thrivent Investment Management Inc. | 3-24-cv-00236 | WDWI |
| Patent Armory Inc. v. United Airlines, Inc. | 1-24-cv-02921 | NDIL |
| Patent Armory Inc. v. United HealthCare Services, Inc. | 6-24-cv-00190 | WDTX |
| Patent Armory Inc. v. Unum Group | 6-24-cv-00191 | WDTX |
| Patent Armory Inc. v. Wells Fargo Bank NA | 6-24-cv-00192 | WDTX |
| Patent Armory Inc. v. Mastercard International Inc. | 1-24-cv-02815 | SDNY |
| Patent Armory Inc. v. Oscar Health, Inc. | 1-24-cv-02816 | SDNY |
| Patent Armory Inc. v. Ameriprise Financial, Inc. | 1-24-cv-00497 | DDE |
| Patent Armory Inc. v. DoorDash, Inc. | 1-24-cv-00498 | DDE |
| Patent Armory Inc. v. MTY Franchising USA, Inc. | 1-24-cv-00499 | DDE |
| Patent Armory, Inc. v. California Tortilla Group, Inc. | 8-24-cv-01469 | DMD |
| Patent Armory, Inc. v. Ledo Pizza System, Inc. | 8-24-cv-01496 | DMD |
| Patent Armory Inc. v. The Dow Chemical Company | 4-24-cv-02117 | SDTX |
| Patent Armory Inc. v. Merck KGaA | 2-24-cv-00419 | EDTX |
| Patent Armory Inc. v. Inova Health Care Services | 1-24-cv-00965 | EDVA |
| Patent Armory Inc. v. CNO Financial Group, Inc. | 1-24-cv-00681 | DDE |
| Patent Armory Inc. v. Standard Chartered Trade Services Corporation | 1-24-cv-00682 | DDE |
| Patent Armory Inc v. CBC Restaurant Corp | 3-24-cv-01498 | NDTX |

| Case Name | Case Number | Court |
|---|---|---|
| Patent Armory Inc v. Which Wich Inc | 3-24-cv-01502 | NDTX |
| Patent Armory Inc v. Yoshinoya America Inc | 3-24-cv-01505 | NDTX |
| Patent Armory Inc. v. Global Payments Direct Inc | 1-24-cv-05132 | SDNY |
| Patent Armory Inc. v. Time2Market Cloud Services LLC | 1-24-cv-02452 | DCO |
| Patent Armory Inc. v. Modivcare Solutions, LLC | 1-24-cv-02464 | DCO |
| Patent Armory Inc. v. InspereX LLC | 1-24-cv-08166 | NDIL |
| Patent Armory Inc. v. INB, N.A. | 1-24-cv-08170 | NDIL |
| Patent Armory Inc. v. Employers Mutual Casualty Company | 1-24-cv-02469 | DCO |
| Patent Armory Inc. v. Aims Community College | 1-24-cv-02470 | DCO |
| Patent Armory Inc. v. Help at Home, LLC | 1-24-cv-08171 | NDIL |
| Patent Armory Inc. v. Xerox Corporation | 6-24-cv-00463 | WDTX |
| Patent Armory Inc. v. Mercury Systems, Inc., | 1-24-cv-01582 | EDVA |
| Patent Armory Inc. v. Maximus Inc. | 1-24-cv-01598 | EDVA |
| Patent Armory Inc. v. Food Huggers, Inc. | 4-24-cv-03378 | SDTX |
| Patent Armory Inc. v. Efinancial, LLC | 1-24-cv-08306 | NDIL |
| Patent Armory Inc. v. Brumate, Inc. | 1-24-cv-02572 | DCO |
| Patent Armory Inc. v. American Heart Association, Inc. | 1-24-cv-08621 | NDIL |
| Patent Armory Inc. v. Alight Solutions LLC | 1-24-cv-08622 | NDIL |
| Patent Armory v. American Axle | Being filed concurrently | DDE |
| Patent Armory v. BENDIX | Being filed concurrently | DDE |
| Patent Armory v. Canon Financial | Being filed concurrently | NJD |
| Patent Armory v. Liberty Sport | Being filed concurrently | DDE |
| Patent Armory v. Live Nation | Being filed concurrently | NJD |
| Patent Armory v. Purdue University | Being filed concurrently | DDE |
| Patent Armory v. WESCO | Being filed concurrently | DDE |